UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.    09 CR 87 |
| vs. | ) | |
| | ) | Judge Joan Humphrey Lefkow |
| FRANK FARELLA, | ) | |
| MICHAEL BLAIS, and | ) | |
| DONALD CATANZARO | ) | |

## PROTECTIVE ORDER

Upon motion of the United States for a protective order pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, it is hereby ordered as follows:

The personal and identifying information of cooperating individuals contained in materials produced or to be produced by the government, including names, dates of birth, Social Security numbers, inmate numbers, telephone numbers, addresses, employment, nature and extent of cooperation, criminal histories and identifying video or photographic images, are deemed Protected Material. Possession of the Protected Material is limited to the attorneys of record in the above-captioned case and members of the defense team assigned to assist with the representation of the defendants. The attorneys of record may not provide copies of the Protected Material to any other person, including any defendant in this case and, if such material has been given to any defendant, that defendant's attorney shall retrieve all copies of the Protected Material from their client and maintain those copies as described further in this Order.

This Order does not prohibit defense counsel and members of the defense team from reviewing or discussing the contents of documents containing Protected Material with the defendants. This Order, however, does prohibit defendants, defense counsel and members of the defense team from disclosing Protected Material to any person not specified in this Order. This

prohibition against disclosure includes members of defendants' families.

Defense counsel and members of their defense team shall keep any Protected Material secured whenever the Protected Material is not being used in furtherance of work in connection with the above-captioned case.

This Order may be modified if circumstances so require and upon further order of this Court.

Joan Humphrey Lefkow, Judge
United States District Court

DATED: APR 08 2011

2